# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2008

136862-64

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DENNIS DANELL WHITSETT,
    Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136862-64
COA: 227294-96
Wayne CC: 06-009942-01,
   06-009943-01, 06-009944-01

_____/

     On order of the Court, the application for leave to appeal the June 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2008

_____
Clerk